
"UNDER SEAL"

**FILED**
CHARLOTTE, NC

AUG 18 2021

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:21-cr-204-MOC |
| | ) | |
| v. | ) | UNDER SEAL |
| | ) | **MOTION TO SEAL THE INDICTMENT** |
| VINCENT RYAN POTTER | ) | |
| | ) | |

NOW COMES the United States of America, by and through William T. Stetzer, Acting United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Indictment, this Motion and any order issued pursuant to this be sealed immediately, and that same remain sealed until further order of this Court.

Respectfully submitted, on this 17th day of August, 2021.

UNITED STATES ATTORNEY

WILLIAM T. STETZER
Acting United States Attorney
//s// Cortney S. Randall
Assistant United States Attorney
NC Bar Number: 31510
Attorney for the United States
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: 704.344.6222
Fax: 704.344.6629
E-mail: cortney.randall@usdoj.gov